# COMPLAINT

**(for filers who are prisoners without lawyers)**

CLERK USDC EDWI
2024 AUG 14 P 12:38

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

(Full name of plaintiff)

Michael M. Cotton

v.

Case Number: 24-C-1032

(to be supplied by Clerk of Court)

(Full name of defendant(s))

Denita Ball, officer Bailey,
officer Howard, and other 3rd
shift staff on date of 5-21-2024

---

A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at
(State)

949 N. 9th st Milwaukee, WI 53233
(Address of prison or jail)

2. Defendant Denita Ball and other MCJ staff
(Name)

is (if a person or private corporation) a citizen of Wisconsin
(State, if known)

and (if a person) resides at ______________________________
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Milwaukee County Jail 949 N. 9th ST
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The milwaukee County booking Staff on the date of 5/21/2024-5/22/2024 between the hours of 7p.m.-5 A.m. The milwaukee County Jail and it's booking Staff on the above night violated my 8th amendment by influencing and allowing cruel & unusual punishments to be inflicted on me. My 14th amendment was violated when they deny to allow me the egaul protection of the laws. On the above date and time I turned My Self in at Milwaukee county jail as I had Just obtained my cdl and needed to clear

my name to get a job. So I decided to Come here since I was near and it avoided the district wait. When someone asked about my child, I felt strange and soon regretted it. As I was walked into booking straight to a cell. Hearing a officer behind the desk yell I run this. Other officers chanting "the camera down now." Hearing another officer say "we closed to the public now". Then one asked "yall let them fight like the rest of them." once placed in the cell it was then filled with 6 individauls I was again asked about my child. I responded that I didn't know what they was talking about. They made a comment about Jumping me. Another inmate came in with something I didn't See maybe drugs or a weapon. I asked to go to another cell to use the bathroom and Splashed water on my face and told a officer with the name tag bailey "ok send them in by the ones" He said "there would be no one on ones" He then returned me to the cell and There was a guy.

laying down and the other two guys was talking about them Just having sex with him as I wanted back to the wall. I went to take a drink and they Started laughing and Said that water taste funny don't it? then a inmate name banks taps the other guy shoulde and said as soon as he fall's a sleep. I started to feel the effects at this time the cell cleaners Came so they brought us out I sat on the middle bench. Tryi to stay a woke and process what was going on, only to be attempt to be talking officer bailey was taken US back as I was really feeling the effects. I ask to be put in a cell I noticed was empty the first cell that's double Sided as you walk in with booking and staging entrance As I felt secure in a locked cell I then passed out. I Woke up with my anus sore and felt groggy looked down to see feasey on the ground put two and two togethe and begun to pound on the door as the shutter was clos on booking side but I heard voices throgh a crack I saw a officer with name tag Howard come and ignore me with a smart remark. I looked on court Staging side saw people leave toward the elevator? and pounded only to be ignored. Not know the time it was I beat on the other side until a officer came once I threaten to report them and sue, he slammed the door as I was groggy I sat down and dosed off to be awoken being snatched from the cell being question about who I was? still grougy from

Case 2:24-cv-01032-WED Filed 08/14/24 Page 4 of 8 Document 1

Sleep and the drug I couldn't remember as I said but when I did I stated my name. I felt this was strang due to the I turned my self in with a photo I.d. They proceed to book me in my photo I look to be pretty ruffed up. I was brought oranges no sock and place into 4D. While they ignore my pleas for a rape kit and labs ran. I was put there feeling violated and defeat I layed there for days. being threaten through vents until my p.o. came to take my statement I told her someone was trying to kill me she shrugged and I was monitor by staff as to what I would say. I'm sure. I was then moved to 4A, after showering I could use the bath room B.M. wise until the 25th. As I was locked in the cell only one with keys was C.O.'s? As I was afraid to use the normal grivence system from fear of retilation by seeing it done before by a officer name luckett expose the high ups told who and what they said. Not knowing the level of corruption the first chance I got out the building as I was being monitor by staff and inmates. I gave a copy of my complaint to my public defender michael Jude (414-208-4147) As I didn't know who to trust once I faced my fear I pasted anote to my shift officer stating a prea situation sgt. williams who brought me out 3rd shift no cam or any thing fishing for information. I had been placed on a single cell. So I made prea grevance request to have the investigation done by a 3rd party and they sent a c.o. name Kohl and told me he works for the Sheriff

Case 2:24-cv-01032-WED Filed 08/14/24 Page 5 of 8 Document 1

After this after questioning numerous Lt's Tyler 7-28-24 who lied never to return. L.T. Hollowmann did some digging we found they changed my booking date to hide evidence this I can prove since I've kept record of event and Staff I talked to my attorney he said file a cival suit and you guy can help me get justice? on a phone that is reconded on the 5th of August that they hung up also. Honestly there is alot of corruption and cover up I as you to send in the U.S. Marshals service to investigate.

As I need help from a outside party please help!!!

They are also dening access to federal mail to help cover corruption!!!

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $______________.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

1. money Compensation
2. Policy change, Not have to get permissoin from Staffs to take to higher.
3. May be federal monitoring of facility especially the grivence system.
4. require body cams with federal monitoring
5. Something to Keep this corruption from happening again?
6. A policie to direct prea situation involving officers be done by U.S. marshalls

E. JURY DEMAND

I want a jury to hear my case.

☒ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 08 day of August 2024.

Respectfully Submitted,

Michael Cottan
Signature of Plaintiff

2024009071
Plaintiff's Prisoner ID Number

Milwaukee County Jail
949 N. 9th ST. Milwaukee WI 53233
(Mailing Address of Plaintiff)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.