24-C-1032

U.S. District Court
Wisconsin Eastern
AUG 14 2024
FILED
Gina M. Colletti, Clerk

# Please read first!!!

I must first start this letter addressing my Concerns for my safety in this position that I am currently in, As I have suffered alot of backlash imtimadation, retailation in the persuit of this investigation of this matter which I have discovere many attempts of cover-up in this matter. The first in foremost being the change of my booking date as I had exposed that the P.R.E.A incident happened here at the county Jail a 24-hour video monitored facility. As I have request for the investigation to be done by a outside party due to the fact it had to involve one or more guards. Since I and my communication with the outside world has been closily monitore even having had calls shut off or mail delayed or possibly never sent out. I have expressed to many Staff from high level to low level, even having sent out a letter to the Sheriff dept. in hopes of the corruption being internal. as there is alot of accountability in this matter I can see why there is a blind eye being turned from the top. Having expressed my concerns to so many I can't imagine why I am still being housed here during the investigation while no physical harm has come to me yet, there has be much threat or imtimadation tactics involve to the point I shared with my appointed public defender a written statement of what happened

(Public defender [redacted]#414-208-4147)

during the one court appearance they allowed me to attend. Even having been told by officer upon askin when is my next court date after my actions that "I would not be attending court again." As I have kept track of my treatment and actions of those I have writing formal and informal to on the kiosk of this situation and my safty concern, I also have kept track of my concerns of there attempts at cover-up from day one. Which I will send hand writing copies of all Items and as I would also like to ask you as well to make copies if possible in send back for my records. As I have great fear of greater retaliation if they knew I had the information to expose there attempt of a cover up.

Sincerly,

Michael M. Cotton

PLEASE HELP!!!