Case 2:24-cv-01032-WED Filed 08/14/24 Page 1 of 1 Document 1-2

Michael M. Cotton #2024009071
Milwaukee County Jail
949 N. 9th ST.
Milwaukee, WI 53233




Clerk of court
United State District Court
for the Eastern District of wisco-
nsin
517 E. Wisconsin Avenue Rm. 362
Milwaukee, WI 53202